**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR269 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ZUMARI T. WILSON, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for a potential reduction in sentence under 18 U.S.C. § 3582(c)(2).

IT IS SO ORDERED:

1. On or before August 31, 2012, the U.S. Probation must send a worksheet to the Court and counsel;

2. The government must file a brief stating its position on or before September 14, 2012;

3. This matter will be ready for decision on, September 15, 2012; and

4. The Clerk is directed to send a copy of this order to U.S. Probation Officer Michael Norton.

DATED this 17th day of August, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge